AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Craig Moskowitz, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Pullin Law Firm, P.C., a New York corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:14-CV-06010-LDW-AKT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pullin Law Firm, P.C.
7600 Jericho Turnpike
Suite 402
Woodbury, NY 11797

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew J. Fogelman
Fogelman & Fogelman LLC
100 Wells Avenue
Newton, MA 02459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/14/2014

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York —(Eastern)

Index Number: 2:14-CV-06010-LDW-AKT

Date Filed: _____

PCL2014000643

Plaintiff:
**CRAIG MOSKOWITZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**PULLIN LAW FIRM P.C., A NEW YORK CORPORATION**

For:
FOGELMAN & FOGELMAN, LLC
100 Wells Ave
Newton, MA 02459

Received by PRIORITY COURT SERVICES, LLC on the 23rd day of October, 2014 at 12:11 pm to be served on **PULLIN LAW FIRM, P.C., 2929 EXPRESSWAY DR., NORTH, STE 310 A, ISLANDIA, SUFFOLK County, NY 11749**.

I, Rick Amatulli, being duly sworn, depose and say that on the **23rd day of October, 2014** at **2:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, NOTICE OF MOTION FOR CLASS CERTIFICATION AND FOR TEMPORARY STAY IF FURETHER PROCEEDINGS ON THAT MOTION, PLAINTIFFS, MEMORANDUM, DECLARATION OF MATTHEW J. FOGELMAN, DECLARATION OF PRESTON W. LEONARD** with the date and hour of service endorsed thereon by me, to: **KATHERINE HERNANDEZ** as **AUTHORIZED AGENT** for **PULLIN LAW FIRM, P.C.**, at the address of: **2929 EXPRESSWAY DR., NORTH, STE 310 A, ISLANDIA, SUFFOLK County, NY 11749**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: Hispanic,  Height: 5'2,  Weight: 100,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of October, 2014 by the affiant who is personally known to me.

_Anne M Amatulli_
NOTARY PUBLIC

ANNE M AMATULLI
Notary Public, State of New York
No. 01AM4713126
Qualified in Nassau County
Commission Expires September 30, 2014 18

Rick Amatulli
Process Server

PRIORITY COURT SERVICES, LLC
48 BLOCK BOULEVARD
MASSAPEQUA PARK, NY 11762
(516) 828-1250

Our Job Serial Number: PCL-2014000643

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Pullin Law Firm, P.C.__
was received by me on *(date)* __10/23/14__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Katherine Hernandez__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Pullin Law Firm, P.C.__
__2929 Expressway Dr. N. Ste 310, Islandia, NY 11749__ on *(date)* __10/23/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __—__ for travel and $ __50__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/23/14__

_____
Server's signature

__Rick Amatulli__
Printed name and title

__Priority Court Services, LLC__
__48 Block Blvd__
__Massapequa Park, NY 11762__
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York (Eastern)

Index Number: 2:14-CV-06010-LDW-AKT

Date Filed: _____

PCL2014000642

Plaintiff:
**CRAIG MOSKOWITZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**PULLIN LAW FIRM P.C., A NEW YORK CORPORATION**

For:
FOGELMAN & FOGELMAN, LLC
100 Wells Ave
Newton, MA 02459

Received by PRIORITY COURT SERVICES, LLC on the 23rd day of October, 2014 at 12:03 pm to be served on **PULLIN LAW FIRM, P.C., 7600 JERICHO TPKE, STE 402, WOODBURY, NASSAU County, NY 11797**.

I, Rick Amatulli, being duly sworn, depose and say that on the **23rd day of October, 2014** at **3:19 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, NOTICE OF MOTION FOR CLASS CERTIFICATION AND FOR TEMPORARY STAY IF FURETHER PROCEEDINGS ON THAT MOTION, PLAINTIFFS, MEMORANDUM, DECLARATION OF MATTHEW J. FOGELMAN, DECLARATION OF PRESTON W. LEONARD** with the date and hour of service endorsed thereon by me, to: **LINDA STEIN** as **LEGAL ASSISTANT** for **PULLIN LAW FIRM, P.C.**, at the address of: **7600 JERICHO TPKE, STE 402, WOODBURY, NASSAU County, NY 11797**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of October, 2014 by the affiant who is personally known to me.

_Anne M Amatulli_
NOTARY PUBLIC

ANNE M AMATULLI
Notary Public, State of New York
No. 01AM4713126
Qualified in Nassau County
Commission Expires September 30, 2018

Rick Amatulli
Process Server

PRIORITY COURT SERVICES, LLC
48 BLOCK BOULEVARD
MASSAPEQUA PARK, NY 11762
(516) 828-1250

Our Job Serial Number: PCL-2014000642

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Pullin Law Firm, P.C.__
was received by me on *(date)* __10/23/2014__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Linda Stein__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Pullin Law Firm, P.C.__
__7600 Jericho Tpk, Woodbury NY 11797__ on *(date)* __10/23/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __—__ for travel and $ __55.00__ for services, for a total of $ __55.00__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __10/23/14__

_____
Server's signature

__Rick Ametulli__
Printed name and title

__Priority Court Services, LLC__
__48 Block Blvd__
__Massapequa Park, NY 11729__
Server's address

Additional information regarding attempted service, etc: