UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CRAIG MOSKOWITZ, individually and on behalf,     Case No. 14-6010
Of all others similarly situated,

                        Plaintiff,

    -against-                                     **STIPULATION**
                                                      **EXTENDING TIME**
PULLIN LAW FIRM, P.C., a New York               **TO RESPOND TO**
Corporation,                                             **THE COMPLAINT**

                        Defendant.

-----------------------------------------------------------------X

      IT IS HEREBY AGREED by and between the undersigned that the time for the defendant, Pullin Law Firm, P.C. to appear, answer, amend or supplement the answer as of course or to make any motion with relation to the summons and complaint in this action, be and the same hereby is extended to and including the 2nd day of December, 2014. An executed copy of this stipulation shall be deemed the same as a signed original.

_____           _____
Matthew J. Fogelman, Esq.                                Allan L. Pullin, Esq.
Fogelman & Fogelman, LLC                                Pullin Law Firm, P.C..
Attorneys for Plaintiff                                             7600 Jericho Turnpike
305 Madison Avenue, Suite 936                         Woodbury, NY 11797
New York, NY 10165                                           (516) 364-7220
(617) 559-1530

DATED:   11-10-14                                         DATED:   November 10, 2014


SO ORDERED:


_____
                 U.S.D.J.