UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CRAIG MOSKOWITZ, individually and on behalf of all others similarly situated,

                              Plaintiff,

- against -

PULLIN LAW FIRM, P.C., a New York corporation,

                              Defendant.
-----------------------------------------------------------------------X

Case No. 14-CV-6010

**NOTICE OF APPEARANCE**

**C O U N S E L O R S :**

      **PLEASE TAKE NOTICE,** that defendant, Pullin Law Firm, P.C., hereby appears in the above-entitled action by the undersigned attorneys and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Garden City, New York
       December 1, 2014

                                                Yours, etc.,

                                                L'ABBATE, BALKAN, COLAVITA
                                                  &CONTINI, L.L.P.

                    By: _____
                                       Matthew J. Bizzaro, Esq.
                                       Attorneys for Defendant
                                       Pullin Law Firm, P.C.
                                       1001 Franklin Avenue
                                       Garden City, New York 11530
                                       (516) 294-8844

TO:   Matthew J. Fogelman, Esq.
       Fogelman & Fogelman, LLC
       Attorneys for Plaintiff
       305 Madison Avenue, Suite 936
       New York, NY 10165
       (617) 559-1530

Leonard Law Office, P.C.
Attorneys for Plaintiff
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
(617) 329-1295