## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ss.:
COUNTY OF NASSAU )

        DENISE MITCHELL, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

        That on the 1st day of December, 2014, deponent served the within **ANSWER** upon:

        Leonard Law Office, P.C.
        Attorneys for Plaintiff
        63 Atlantic Avenue, 3rd Floor
        Boston, MA 02110

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                             _____
                                               DENISE MITCHELL

Sworn to before me this
1st day of December, 2014.

_____
Notary Public

ANNA M. LEDEE
Notary Public, State of New York
No. 01LE6088035
Qualified in Nassau County
Commission Expires March 03, 2015