

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Matthew J. Bizzaro
Associate
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

December 2, 2014

**_VIA ECF_**

Honorable A. Kathleen Tomlinson
United States District Court, Eastern
District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722-9014

      RE:    *Moskowitz, Craig v. Pullin Law Firm, P.C.*
               Case No.    :    14-CV-6010
               Our File No.  :    3303-98229

Dear Judge Tomlinson:

      We were recently retained to represent the defendant, Pullin Law Firm, P.C. (collectively, "Defendant") in the above-referenced Fair Debt Collection Practices Act matter.

      We write this letter to respectfully request an adjournment of the initial conference from December 15, 2014 until December 23, 2014.  The reason for this request is that I will be out of the office on vacation on December 15, 2014.

      This is Defendant's first request for an adjournment of the initial conference.

      I communicated with plaintiff's counsel, Matthew J. Fogelman, Esq., and he consented to Defendant's request.  Mr. Fogelman (who works primarily in Boston, MA) also requested that this conference be conducted via telephone.  Defendant has no objection to the initial "in-person" conference being converted to a telephone conference.

- 2 -

Thank you for your kind consideration of this request. If Your Honor has any questions, please feel free to contact the undersigned.

             Respectfully submitted,

             L'ABBATE, BALKAN, COLAVITA
              & CONTINI, L.L.P.

             Matthew J. Bizzaro

MJB:dm
cc:  Matthew J. Fogelson, Esq. (via ECF)

