McGuire Law, P.C.
161 North Clark Street, 47th Floor
Chicago, Illinois 60601
(312) 216-5179

---

March 13, 2015

<u>Via ECF</u>

Magistrate Judge A. Kathleen Tomlinson
U.S. District Court, Eastern Dist. of N.Y.
100 Federal Plaza
Courtroom 910
Central Islip, NY 11722

    Re: *Moskowitz v. Pullin Law Firm, LLC* (No. 14-cv-06010-LDW-AKT)

Dear Judge Tomlinson:

    As an attorney representing Plaintiff Craig Moskowitz in the above-referenced matter, I write on behalf of both parties to advise the Court that this matter has settled in principle. The parties are in the process of preparing the relevant settlement documents and anticipate filing a stipulation of case dismissal within the next thirty days.

    If you have any questions, please do not hesitate to contact me at (312) 216-5179 or at emeyers@mcgpc.com. Thank you.

                                        Respectfully submitted,

                                        <u>/s/ Evan M. Meyers</u>
                                        Evan M. Meyers (admitted *pro hac vice*)

cc: Matthew J. Bizzaro, Esq. (via email)